OSBORN *v.* THE INDIANAPOLIS AND ST. LOUIS R. R CO.

APPEAL from the Hendricks Circuit Court.

BUSKIRK, J.—This case is, in all respects, similar to, and involves precisely the same questions discussed and decided in *Straughan* v. *The Indianapolis and St. Louis Railroad Company*, *ante*, p. 185. Upon the authority of that case, this is affirmed, with costs and five per cent. damages.

*W. A. McKenzie*, for appellant.

*L. Ritter* and *M. A. Osborn*, for appellee.